1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL GARCIA, | ) Case No. CV 13-2584-JVS (SP) |
| Petitioner, | ) |
| | ) |
| v. | ) **MEMORANDUM AND ORDER** |
| | ) **GRANTING VOLUNTARY** |
| DAVID B. LONG, Warden, | ) **DISMISSAL** |
| Respondent. | ) |
| | ) |

On April 12, 2013, petitioner Paul Garcia, represented by counsel, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. Respondent subsequently answered the Petition, and petitioner filed a reply.

On February 3, 2015, petitioner's counsel filed a document giving notice of petitioner's death. Petitioner's counsel consequently requests that the Petition be dismissed without prejudice. Because respondent has answered, petitioner requires a court order to voluntarily dismiss the action. Fed. R. Civ. P. 41(a)(2).

Petitioner's death renders his habeas Petition moot and requires dismissal of the Petition. *See Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003) (habeas petition must be dismissed as moot upon death of petitioner); *see also Dove v. U.S.*, 423 U.S. 325, 96 S. Ct. 579, 46 L. Ed. 2d 531 (1976) (dismissing petition for certiorari

1    due to petitioner's death).

2         IT IS THEREFORE ORDERED that petitioner's request to voluntarily

3    dismiss this action is GRANTED, and that Judgment be entered dismissing the

4    Petition and this action without prejudice as moot.

5

6    DATED: February 10, 2015

7    _____

8                        HONORABLE JAMES V. SELNA
                         UNITED STATES DISTRICT JUDGE
9

10   Presented by:

11

12   _____

13              SHERI PYM
     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2