JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL GARCIA, | ) | Case No. CV 13-2584-JVS (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DAVID B. LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed without prejudice.

Dated: February 10, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE